UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID C. KNIGHT,<br><br>            Plaintiff,<br><br>    v.<br><br>FOUR UNKNOWN NAME POLICE OFFICERS,<br><br>            Defendants. | NO.  CV-07-330-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, STRIKING COMPLAINT, AND DISMISSING ACTION |

    Before the Court for resolution is the Report and Recommendation entered on April 16, 2008 (Ct. Rec. 4), recommending that Plaintiff David C. Knight's complaint be stricken and the action dismissed. A copy sent to Mr. Knight at the residential address he provided was returned with the notation that it was not deliverable and "unable to forward."  Plaintiff has not kept the Court apprised of his current address.  As a result, no objections were filed.

    **IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 4)** is **ADOPTED in its entirety.**  The Complaint is **STRICKEN** under Federal Rule of Civil Procedure 11(a) as it does not contain an original signature.  The action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to obey the Court's

ORDER ADOPTING REPORT AND RECOMMENDATION, STRIKING COMPLAINT AND DISMISSING ACTION -- 1

directive to comply with Rule 11 and also pay the filing fee or comply with 28 U.S.C. § 1915(a).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and an Order of Judgment against Plaintiff, forward a copy to Plaintiff at his last known address, and close the file.

**DATED** this  13th  day of May 2008.

                              S/ Edward F. Shea
                              EDWARD F. SHEA
                              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, STRIKING COMPLAINT AND DISMISSING ACTION -- 2