AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

David C. Knight

v.

Four Unknown Name Police Officers

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-330-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Report and Recommendation (Ct. Rec. 4) is ADOPTED in its entirety. The Complaint is STRICKEN under Federal Rule of Civil Procedure 11(a) as it does not contain an original signature. The action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to obey the Court's directive to comply with Rule 11 and also pay the filing fee or comply with 28 U.S.C. § 1915(a).

| | |
|---|---|
| May 13, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |